Jane DOE, a minor, by John DOE, individually and as father and next friend, and Janet Doe, individually and as mother and next friend, Plaintiff–Appellee/Cross–Appellant,

v.

UNIVERSITY OF ILLINOIS, Alice Dean Davis–Smith, Joel Crames, Henry Meares, Barbara L. Wysocki, William R. Sutton, Theodore L. Brown, Susan T. Gonzo, and Larry R. Faulkner, Defendants–Appellants/Cross–Appellees.

Nos. 96–3511, 96–4148.

United States Court of Appeals,
Seventh Circuit.

Submitted July 28, 1999.

Decided Oct. 29, 1999.

Published Dec. 23, 1999.*

Sheryl Jaffee Halpern (submitted), Patzik, Frank & Samotny, Chicago, IL, for Plaintiffs–Appellees/Cross–Appellants.

Carla J. Rozycki (submitted), Julia H. Perkins, Jenner & Block, Chicago, IL, Norma W. Zeitler, McDermott, Will & Emery, Chicago, IL, for Defendants–Appellants/Cross–Appellees.

Martha F. Davis, NOW Legal Defense & Education Fund, New York, NY, for Amicus Curiae, Legal Defense and Education Fund, ACLU Women's Rights Project, Equal Rights Advocates, National Women's Law Center, Texas Civil Rights Project, Women's Legal Defense Fund.

Jessica Dunsay Silver, Seth M. Galanter, Department of Justice, Civil Rights Division, Appellate Section, Washington, DC, for Intervenor/Amicus Curiae, United States of America.

Before: CUMMINGS,** COFFEY, and

---

\* This decision was originally issued as an unpublished order. The United States of America subsequently filed a motion requesting publication pursuant to Circuit Rule 53(d)(3). The panel has granted that motion, and accordingly its decision is now being reissued as a published decision.

\*\* Judge Cummings participated in this case when we decided it in 1998. Regrettably, the judge passed away on April 24, 1999.

EVANS, Circuit Judges.

PER CURIAM.

The Supreme Court vacated our judgment—*Doe v. University of Illinois,* 138 F.3d 653 (1998)—and remanded this case for further consideration in light of *Davis v. Monroe County Board of Education,* 526 U.S. 629, 119 S.Ct. 1661, 143 L.Ed.2d 839 (1999). Upon that reconsideration, we reinstate and affirm that portion of our prior decision rejecting the University of Illinois' claim of Eleventh Amendment immunity. In all other respects, we REMAND this case to the district court for reconsideration of the plaintiff's claim against the "deliberate indifference" liability standard established by the Supreme Court in *Davis.*

So ORDERED.